UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD VERNON YOUNT,<br><br>              Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | CASE NO. C18-1113 BAT<br><br>**ORDER GRANTING MOTION FOR EAJA FEES AND COSTS** |

The Court GRANTS plaintiff's MOTION for EAJA fees and costs, Dkt. 16, and ORDERS:

Plaintiff is awarded EAJA fees of $4,001 and costs of $400. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this award shall be made via check or electronic payment sent to Attorney Christopher Lyons, address: P.O. Box 1645, Coupeville, WA 98239. After the Court issues the order for EAJA fees, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees are subject to any offset allowed under the Treasury Offset Program. If the EAJA fees are not subject to any offset, the EAJA attorney's fees will be paid directly to the order of plaintiff's attorney, Christopher Lyons.

ORDER GRANTING MOTION FOR EAJA FEES AND COSTS - 1

DATED this 18th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge